# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: <u>ED CV 18-2480-VBF (PLA)</u>  Date: <u>January 3, 2019</u>

Title: <u>Lee Arthur Fort v. R.C. Johnson</u>

---

**PRESENT:** THE HONORABLE   <u>PAUL L. ABRAMS</u>
**UNITED STATES MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**  **ATTORNEYS PRESENT FOR RESPONDENT:**
NONE   NONE

**PROCEEDINGS:**   **(IN CHAMBERS)**

On November 29, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claims in state court. The status report was due **on or before December 20, 2018**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than January 31, 2019, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 29, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**

cc: Lee Arthur Fort, pro se

Initials of Deputy Clerk   ch