# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **ED CV 18-2480-VBF (PLA)**  Date: **April 23, 2019**

Title: **Lee Arthur Fort v. R.C. Johnson**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT:
NONE | NONE

**PROCEEDINGS:** (IN CHAMBERS)

On November 29, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claims in state court beginning on December 20, 2018, and every sixty days thereafter. Plaintiff's most recent status report was due **on or before March 25, 2019**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than May 23, 2019, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 29, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**

cc: Lee Arthur Fort, pro se

Initials of Deputy Clerk ____ch____