# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **ED CV 18-2480-VBF (PLA)**  Date: **September 25, 2019**

Title: **Lee Arthur Fort v. R.C. Johnson**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**
NONE

**ATTORNEYS PRESENT FOR RESPONDENT:**
NONE

**PROCEEDINGS:** (IN CHAMBERS)

On November 29, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claims in state court. The most recent status report was due **on or before September 15, 2019**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than October 18, 2019, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 29, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**

cc: Lee Arthur Fort, pro se

Initials of Deputy Clerk ____ch____