UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **ED CV 18-2480-VBF (PLA)**　　　　　　　　　　　　　　　Date: **June 19, 2020**

Title:　**Lee Arthur Fort v. R. C. Johnson, Warden**

---

**PRESENT: THE HONORABLE　PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**　　　　　**ATTORNEYS PRESENT FOR RESPONDENT:**
　　　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:  (IN CHAMBERS)**

On November 29, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. (ECF No. 8). Petitioner was ordered to file a status report informing the Court of his progress in exhausting his currently unexhausted claims in state court. The most recent status report was due **on or before May 4, 2020**. To date, petitioner's status report has not been filed with this Court.

Accordingly, **no later than July 17, 2020, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 29, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

cc:　Lee Arthur Fort, pro se

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch