JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LEE ARTHUR FORT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> R.C. JOHNSON, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. ED CV 18-2480-VBF (PLA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 15, 2022            /s/ Valerie Baker Fairbank
                                 HONORABLE VALERIE BAKER FAIRBANK
                                 SENIOR UNITED STATES DISTRICT JUDGE